■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MALLOY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Bonomo, J.), rendered December 1, 1981, convicting him of robbery in the first degree, criminal possession of a controlled substance in the second degree, and criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MARRERO, Appellant.—Judgment of the Supreme Court, Queens County (Rotker, J.), rendered June 8, 1984, affirmed (see, People v Pascale, 48 NY2d 997; People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY MARTIN, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Rosato, J.), rendered October 25, 1983, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The defendant was not deprived of his constitutional right to a speedy trial (see, People v Taranovich, 37 NY2d 442). By pleading guilty, the defendant forfeited his right to challenge the adverse Sandoval ruling (see, People v Claudio, 64 NY2d 858; People v Griffin, 110 AD2d 850). Finally, no suppression issue has been preserved for appellate review (see, People v Montez, 111 AD2d 877; People v Corti, 88 AD2d 345). Lazer, J. P., Brown, Rubin and Eiber, JJ., concur.